IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | 19 MJ04644 |
| | § | SEALED |
| v. | § | |
| | § | No. 4:19CR 271 |
| ABDULHAKIM YAHYA MOHAMED | § | Judge Jordan |
| a.k.a. "Abdule Hakim" | § | |



FILED
OCT 9 - 2019
Clerk, U.S. District Court
Texas Eastern

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

#### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to
Distribute and Distribution of KHAT)

That from sometime in or about 2015, and continuously thereafter up to and including the date of this Indictment, in the Eastern District of Texas and elsewhere, **Abdulhakim Yahya Mohamed, a.k.a. "Abdule Hakim,"** defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture, distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of KHAT, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Two

Violation: 21 U.S.C. § 841(a)(1)
(Possession with the Intent to Distribute
and Distribution of KHAT)

That from sometime in or about 2015, and continuously thereafter up to and including the date of this Indictment, in the Eastern District of Texas and elsewhere, **Abdulhakim Yahya Mohamed, a.k.a. "Abdule Hakim,"** defendant, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of KHAT, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 841(a)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 846, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_/s/ Matth____ for_                   10/9/19
HEATHER HARRIS RATTAN       Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § | No. 4:19CR |
| ABDULHAKIM YAHYA MOHAMED a.k.a. "Abdule Hakim" | § § § | Judge |

## NOTICE OF PENALTY

### Count One

Violation:            21 U.S.C. § 846

Penalty:              Not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5 years;

Special Assessment:   $100.00

### Count Two

Violation:            21 U.S.C. § 841(a)(1)

Penalty:              Not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5 years;

Special Assessment:   $100.00